UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-21465-RS

MARIA CARIDAD GUTIERREZ,

    Plaintiff,

v.

EDGEWATER RIVER LLC and EL OTRO
TIESTO CAFE CORP.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, MARIA CARIDAD GUTIERREZ and Defendants EDGEWATER RIVER LLC and EL OTRO TIESTO CAFE CORP., hereby advise the Court that he has reached an global agreement in principle to settle the instant case with Defendants, EDGEWATER RIVER LLC and EL OTRO TIESTO CAFE CORP. The parties will file a Stipulation of Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines as to Defendants, FIRST AMERICAN LENDERS GROUP, INC. and MOSHI MOSHI CORAL WAY LLC.

Respectfully submitted this July 30, 2025 by:

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorney for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email:   ajp@ajperezlawgroup.com

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451


and

**CONNECT ATTORNEYS, PLLC**
*Attorney for El Otro Tiesto Café Corp.*
701 Brickell Avenue, Ste. 1550
Miami, FL 33131
Telephone: (786) 487-5266
E-Mail:  senen.g@connectattorneys.com

  /s/Senen Garcia
SENEN GARCIA, FBN 58631


**LOWY AND COOK, P.A.**
*Attorney for Edgewater River LLC*
169 E. Flagler Street, Suite 700
Miami, Florida 33131
Telephone: (305) 371-5585
E-Mail: jonathan@lowypa.com

**/s/** *Jonathan Smulevich*
JONATHAN SMULEVICH, ESQ.
Florida Bar No. 108260

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this July 30, 2025.

    Respectfully submitted,

    **ANTHONY J. PEREZ LAW GROUP, PLLC**
    *Attorneys for Plaintiff*
    7950 W. Flagler Street, Suite 104
    Miami, Florida 33144
    Telephone: (786) 361-9909
    Facsimile: (786) 687-0445
    Primary E-Mail: ajp@ajperezlawgroup.com
    Secondary E-Mails: jr@ajperezlawgroup.com

    By: \_\_/s/\_Anthony J. Perez_____
          ANTHONY J. PEREZ