UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21465-CIV-SMITH

MARIA CARIDAD GUTIERREZ,

    Plaintiff,

v.

EDGEWATER RIVER LLC and EL OTRO TIESTO CAFE CORP,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL

This cause is before the Court upon the Joint Stipulation for Final Order of Dismissal with Prejudice [DE 25].  Upon consideration, it is

**ORDERED** that:

1.    This case is **DISMISSED with prejudice**.  The parties shall bear their own attorney's fees and costs.

2.    This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 10th day of October, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record